IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAY -1 PM 3: 28

CLERK R. Auk
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO.: CR207-069 |
| STEVEN TODD MEEKS | : | |

## ORDER

Defendant's Motion for Complete Recordation of this case is hereby **GRANTED**.

**SO ORDERED**, this _1st_ day of May, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE