FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAY -1 PM 3: 28
CLERK R. Ab
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: CR207-069

STEVEN TODD MEEKS

## ORDER

The Court has been advised that all motions filed in this case by Steven Todd Meeks have been resolved by the parties except for Defendant's Motion for Complete Recordation and the Motion to Suppress and Motion in Limine.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___ day of May, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)